NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ROBERT MORTENSEN,                    )
                                     )
            Appellant,               )
                                     )
v.                                   )        Case No. 2D17-1363
                                     )
BANK OF NEW YORK MELLON,             )
f/k/a BANK OF NEW YORK, as trustee   )
for the benefit of the Certificate Holders )
of the CWALT, INC., Alternative Loan )
Trust 2004-8CB, Mortgage Pass-Through )
Certificates, Series 2004-8CB,       )
                                     )
            Appellee.                )
_____     )

Opinion filed February 23, 2018.

Appeal from the Circuit Court for Highlands
County; Michael E. Raiden, Judge.

Scott R. LeConey and Danielle L. Brewer of
Swaine & Harris, P.A., Lake Placid; and
David F. Schumacher of John K. McClure,
P.A., Sebring, for Appellant.

Dariel Abrahamy of Greenspoon Marder,
P.A., Boca Raton, for Appellee

PER CURIAM.


            Affirmed.


VILLANTI, SLEET, and ROTHSTEIN-YOUAKIM, JJ., Concur.